FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT #061 '17 OCT 20  PM 3: 14

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**Receipt of Passport or Other Non-Cash Collateral** (Section 1)

Name: WISAM R RIZK

Case Number: 1:17CR424

Address:

Passport Number:

Country of Origin: LEBANON

Expiration Date: 1/26/26

Date Rec'd: 10/20/17

Description of Property Other than Passport:

_____
Signature of Individual Surrendering Passport/Other

Michael Sirohman
_____
Print Name

_____
Clerk's Signature

**Original of Receipt Provided to Defendant or Individual**
☐ **Surrendering Passport or Other Non-Cash Collateral**

**Return of Passport or Other Non-Cash Collateral**  (Section 2)

Date Returned:

Rec'd by:

Rec'd from:

Purpose Returned:

Address (If Mailed):

_____
Signature of Individual Retrieving Passport/Other

_____
Print Name

_____
Clerk's Signature