To Whom it may concern,

    My husband, Wisam Rizk, and I, are fully willing and committed to deal with any outcomes this case might pose. I believe in the innocence of my husband and will continue to support him throughout. Since this issue arose with the clinic, we have been on family trips outside the country, and always returned home. I am a US citizen. My Children are both US Citizens. We support both his mom and my father and they both live with us. We are going nowhere. My husband adores his children, and is a good man – and he would never run away from this.

    To be clear, we have known about this for the last couple of years. We could have left anytime, but did not. And we will not. Actually, for a trip that was scheduled a few months after the incident, we reached out to the FBI agent, Michael Sirohman, to let him know of our plans and make sure he has no problem with us traveling. My husband and I have made a decision to deal with this and have the opportunity to present the other side of the story.

Additionally, his passport was taken during the initial hearing and as such has no means to travel at all. The magistrate did lay out a plan for monitoring which included the condition of paying the full bond which was completed on 10/25/17 and included the dilution of the offshore account.

As laid out by the plan set by the magistrate, we are kindly requesting this monitoring to be taken off as it's been more than 2 weeks since the bond was fully paid, and my husband has been fully committed to the schedule laid out by the court since.

I sincerely hope the court would allow this and allow my husband to spend time with his family for the upcoming holidays – celebrate thanksgiving and Christmas without a curfew schedule.

Kind Regards,

Miriam Rizk

11/12/2017



DEFENDANT'S EXHIBIT A

To Whom it may concern,

      I am a US citizen, and I love my son. My son, Wisam Rizk, first took care of me and his dad for 8 years. His father was a US Citizen – god rest his soul. Wisam gave us an apartment and a car and made sure we had everything we needed. Now after my husband passed away, my son lets me live with him in his house in the in-law suite. He took care of me during my cancer, he takes care of me during my vertigo and now during my kidney problems – I have stage 3-4 kidney disease. He takes me to the ER whenever it is needed. My son will never run away from this because it means he would loose his family and children. He is a honest man who loves his children, his family and his home.

      I am 72 years old and only have a few years left. My son would never run away and see me die without him at my side. That is not Wisam.


Kind Regards,

*Samira Rizk*

Samira Rizk

11/12/2017