# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:17-CR-00424 |
| | ) | |
| Plaintiff | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| WISAM R. RIZK | ) | |
| | ) | |
| Defendant | ) | **MOTION TO WITHDRAW** |
| | ) | **AS COUNSEL** |
| | ) | |
| | ) | |

Now come Attorneys Terry H. Gilbert and Jacqueline C. Greene, both of the law firm of Friedman & Gilbert, and hereby move this Court to permit them to withdraw as counsel for the Defendant, Wisam R. Rizk, in the above-captioned matter. Counsel has been informed that Defendant has retained Attorney Richard Blake who will be entering an appearance in this case.

Respectfully submitted,

FRIEDMAN & GILBERT

*/s/ Terry H. Gilbert*
TERRY H. GILBERT (0021948)
JACQUELINE C. GREENE (0092733)
55 Public Square, Suite 1055
Cleveland, OH  44113-1901
Tel:    (216) 241-1430
Fax:   (216) 621-0427
Email: tgilbert@f-glaw.com
            jgreene@f-glaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2018 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Terry H. Gilbert
TERRY H. GILBERT
One of the Attorneys for Defendant