IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 1:17-cr-00424 |
| | ) | |
| Plaintiff, | ) | JUDGE: CHRISTOPHER BOYKO |
| | ) | |
| v. | ) | **MOTION TO SET STATUS** |
| | ) | **CONFERENCE** |
| WISAM RIZK | ) | |
| | ) | |
| Defendant. | ) | |

  Undersigned counsel last week entered his notice of appearance to replace existing counsel for Mr. Rizk and respectfully asks this Honorable Court to schedule a status conference or conference call to discuss the existing trial schedule. Undersigned counsel is currently preparing for a criminal trial scheduled to commence on September 17, 2018 before the Honorable Michael H. Watson in Columbus, Ohio. That trial is expected to last approximately two weeks. Given the complexity of the government's case against Mr. Rizk and the amount of discovery involved, undersigned counsel wishes to discuss a modification to the current trial schedule with government counsel and this Honorable Court.

                Respectfully Submitted,

                /s/ *Richard H. Blake*
                Richard H. Blake (0083374)
                MCDONALD HOPKINS
                600 Superior Avenue, East
                Suite 2100
                Cleveland, OH 44114
                216-348-5839 (Office)
                216-348-5474 (Facsimile)
                rblake@mcdonaldhopkins.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all parties of record.

*/s/ Richard H. Blake*
RICHARD H. BLAKE (0083374)

*Attorneys for Defendant*

{7598516: }