IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:17-CR-00424 |
| | ) | |
| Plaintiff-Appellee, | ) | JUDGE: CHRISTOPHER BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| WISAM RIZK, | ) | **NOTICE OF DISMISSAL OF APPEAL** |
| | ) | |
| Defendant-Appellant. | ) | |

  Notice is hereby given that Defendant-Appellant Wisam Rizk, has filed a Motion to Voluntarily Dismiss Appeal with the United States Court of Appeals for the Sixth Circuit.

                   Respectfully Submitted,

                   */s/ Richard H. Blake*
                   RICHARD H. BLAKE (0083374)
                   MCDONALD HOPKINS LLC
                   600 Superior Avenue, East
                   Suite 2100
                   Cleveland, OH  44114
                   216-348-5839 (Office)
                   216-348-5474 (Facsimile)
                   rblake@mcdonaldhopkins.com

                   *Attorney for Defendant-Appellant*

{8490131: }

## CERTIFICATE OF SERVICE

      I hereby certify that on November 27, 2019, I electronically filed the foregoing Notice of Dismissal of Appeal with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all parties of record.

                                  */s/ Richard H. Blake*
                                  RICHARD H. BLAKE (0083374)

                                  *Attorney for Defendant-Appellant*

{8490131: }