IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:17-CR-00424 |
| Plaintiff, | ) ) | JUDGE: CHRISTOPHER BOYKO |
| v. | ) ) ) | |
| WISAM RIZK, | ) ) | **UNOPPOSED MOTION FOR EXTENSION OF REPORTING DATE** |
| Defendant. | ) | |

Defendant Wisam R. Rizk ("Mr. Rizk"), through undersigned counsel, respectfully requests this court extend the date Mr. Rizk is to report to the institution designated by the Bureau of Prisons to March 12, 2020.

Following Mr. Rizk's guilty plea, this court ordered that he be imprisoned for a term of 58 months. (Doc 62, PageID # 688). This court's judgment did not specify a date for reporting, but instead indicated that Mr. Rizk was to surrender "as notified by the United States Marshal." (*Id*.). Mr. Rizk was subsequently notified by the United States Marshal that he is to surrender at CI Moshannon Valley in Philipsburg, Pennsylvania on December 5, 2019 by noon (12:00 p.m.).

Mr. Rizk now requests that this court grant him an extension of time to report due to medical procedures that his wife must undergo and recover from in the coming months. Mr. Rizk's wife, Miriam Rizk, is scheduled to undergo surgery for a hysterectomy, ovary

{8490431: }

cystectomy, and appendectomy on February 10, 2020.  (*See* letter of Mark Dassel, M.D. attached hereto as Exhibit A).  Ms. Rizk's doctor anticipates that it will take six weeks for her to recover from her surgeries.  While Ms. Rizk is undergoing the surgeries, it is imperative that someone be able to care for their children, as well as Mr. Rizk's mother and Ms. Rizk's father.  Mr. Rizk does not make this request to avoid serving the sentence imposed, but rather to briefly delay the start of his sentence so that he may care for his family until such time as they are physically capable of caring for themselves.

Undersigned counsel has discussed this matter with government counsel, who has no objection to postponing Mr. Rizk's reporting date to early March.

For these reasons, Defendant Wisam Rizk respectfully requests that this Honorable Court extend the date Mr. Rizk is to report to the institution designated by the Bureau of Prisons to March 12, 2020.

Respectfully submitted,

*/s/ Richard H. Blake*
RICHARD H. BLAKE (0083374)
**MCDONALD HOPKINS LLC**
600 Superior Avenue, East, Suite 2100
Cleveland, OH  44114
Telephone:  (216) 348-5400
Facsimile:  (216) 348-5474
E-mail: rblake@mcdonaldhopkins.com

*Counsel for Defendant Wisam R. Rizk*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2019, a copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF REPORTING DATE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's ECF system.

                    */s/ Richard H. Blake*
                    RICHARD H. BLAKE (0083374)
                    *Counsel for Defendant Wisam R. Rizk*